**COMMONWEALTH of Pennsylvania**

v.

**Dennis SUGGS, Appellant (two cases).**

Supreme Court of Pennsylvania.

Argued April 10, 1975.

Decided July 7, 1975.

Rehearing Denied Sept. 16, 1975.

Nolan N. Atkinson, Jr., Zack, Myers & Atkinson, Philadelphia, for appellant.

F. Emmett Fitzpatrick, Dist. Atty., Steven H. Goldblatt, Asst. Dist. Atty., Chief, Appeals Div., H. M. Spaeth, Philadelphia, for appellee.

Before EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

## OPINION OF THE COURT

PER CURIAM.

The Court being equally divided, the judgments of sentence are affirmed.

EAGEN, O'BRIEN, POMEROY, JJ., would affirm.

ROBERTS, NIX, MANDERINO, JJ., would reverse the judgments of sentence and remand for a new trial.

JONES, C. J., took no part in the consideration or decision of this case.